IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IVAN RODRIGUEZ and SELENA RODRIGUEZ | PLAINTIFFS |
| v. | CAUSE NO. 1:16CV391-LG-RHW |
| UNITED RENTALS (NORTH AMERICA), INC.; CHEVRON U.S.A., INC.; SHIELD RESTRAINT SYSTEMS, INC.; CNH INDUSTRIAL AMERICA, LLC; BURLINGTON INSTALLATION CORP.; and JOHN DOES A, B, C, and D | DEFENDANTS |
| and | |
| MOBLEY SAFWAY SOLUTIONS, LLC, formerly known as Mobley Industrial Services, Inc.; and CHUBB, formerly known as ACE American Insurance Company | INTERVENORS |

## AGREED ORDER OF DISMISSAL

The plaintiffs having agreed to and announced to the Court a settlement of their claims against United Rentals (North America) and Chevron U.S.A., Inc., and the Court being advised that these parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the plaintiffs' claims against United Rentals (North America) and Chevron U.S.A., Inc., are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

Pursuant to the agreement of the parties, the Court will retain jurisdiction over these parties for the purpose of enforcing the settlement agreement.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the plaintiffs' claims against CNH Industrial America, LLC, and Shield Restraint Systems, Inc., will remain pending.

**SO ORDERED AND ADJUDGED** this the 19th day of November, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge